FILED

MAR 3 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Hector Armando Rodriguez, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08 0561 |
| | ) | |
| United States Sentencing Commission, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 25 day of March 2008,

ORDERED that petitioner's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED with prejudice. This is a final appealable Order.

[signature]
United States District Judge

N