FILED
MAY 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HECTOR ARMANDO RODRIGUEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 08-0561 |
| ) | |
| UNITED STATES SENTENCING ) | |
| COMMISSION, ) | |
| ) | |
| Respondent. ) | |

### ORDER

Petitioner appeals the dismissal of his "Petition for Judicial Review of an Agency Action in the Nature of a Mandamus and an Original and Extraordinary Writ of Habeas Corpus." The United States Court of Appeals for the District of Columbia Circuit is holding petitioner's appeal in abeyance pending this Court's determination as to whether a certificate of appealability is warranted.

Petitioner is a federal prisoner who must seek habeas relief by means of a motion under 28 U.S.C. § 2255 before the sentencing court, that is, the United States District Court for the Northern District of Indiana. This federal district court is not the proper court to entertain such a motion. The Court concludes that a certificate of appealability is not warranted in this case.

SO ORDERED.

DATE: 5/28/08

United States District Judge