# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**COPY**

| | |
|---|---|
| **No. 08-5107** | **September Term 2007** |
| | 1:08-cv-00561-UNA |
| | Filed On: May 8, 2008 [1115282] |

Hector Armando Rodriguez,

    Appellant

v.

United States Sentencing Commission,

    Appellee

## ORDER

    Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is, on the court's own motion,

    **ORDERED** that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See <u>Mitchell v Reno</u>, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). It is

    **FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

    The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon its issuance of either a certificate of appealability or statement why a certificate should not issue.

                                                          **FOR THE COURT:**
                                                            Mark J. Langer, Clerk

                                    BY:    /s/
                                                        Elizabeth V. Scott
                                                        Deputy Clerk